

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00250-CV

| | | |
|---|---|---|
| BNSF Railway Company | § | From the 236th District Court |
| | § | of Tarrant County (236-223592-07) |
| v. | § | August 1, 2013 |
| | § | Opinion by Justice Dauphinot |
| James E. Phillips | § | Dissent by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant BNSF Railway Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot